**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TOMIKA L. WHITEHEAD, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 4:26-cv-00292 |
| EQUIFAX INFORMATION SERVICES, LLC, | § § § | |
| Defendants. | § § § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Jennifer R. Brooks of Seyfarth Shaw LLP, hereby appears in the above-captioned case on behalf of Equifax Information Services LLC and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon her.

DATED:  June 3, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 24103791
SDTX Fed. No.: 3122661
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6730

*Counsel for Defendant
Equifax Information Services LLC*

325615257v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Jennifer R. Brooks_

Jennifer R. Brooks
_Counsel for Defendant_
_Equifax Information Services LLC_

325615257v.1